**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Yusuf Adam,

Plaintiff,

vs.

First Contact, Inc.,
a Minnesota Company,

Defendant.

Civil No.01-976 DSD/SRN

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

---

**WHEREAS,** Plaintiff commenced this action by filing the Summons and Complaint with the United States District Court for the District of Minnesota and by serving said Summons and Complaint upon Defendant, First Contact, Inc., on June 1, 2001.

**WHEREAS,** on June 13, 2001 counsel for Plaintiff agreed to grant Defendant, First Contact, Inc., an extension to answer or otherwise plead until July 3, 2001.

**IT IS HEREBY STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant, First Contact, Inc., shall answer or otherwise plead to Plaintiff's Complaint may be extended to July 3, 2001.

Dated: June 19, 2001

John A. Klassen, P.A. (24434X)
**ATTORNEY AT LAW**
700 Lumber Exchange Bldg.
10 South Fifth Street
Minneapolis, MN 55402
(612) 204-4533

and

FILED JUN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Margaret R. Manderfeld (#224376)
Manderfeld Law Office
2317 Minneapolis Ave
Minneapolis, MN 55406
(612) 724-3331

***Attorneys for Plaintiff Yusuf Adam***

Dated: June 19, 2001

John J. McDonald, Jr. (#136815)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendant First Contact, Inc.***

**ORDER FOR EXTENSION OF TIME TO PLEAD**

Based on the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the time within which the Defendant, First Contact, Inc., shall answer or otherwise plead to Plaintiff's Complaint shall be extended to July 3, 2001.

Dated: June 19, 2001

Susan Richard Nelson
United States Magistrate Judge

\891332