**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Yusuf Adam,

Plaintiff,

vs.

First Contact, Inc.,
a Minnesota Company,

Defendant.

Civil No.01-976 DSD/SRN

**STIPULATION TO EXTEND THE TIME FOR FILING OF DISPOSITIVE MOTIONS** AND ORDER

---

Pursuant to the agreement of the parties, IT IS HEREBY STIPULATED AND AGREED as follows:

WHEREAS, on or about; August 23, 2001, the Court issued a Pretrial Scheduling order in this matter. This order stated that "All dispositive motions shall be served, filed, and scheduled by May 15, 2002;"

WHEREAS, on March 22, 2002, Defendant served its Motion for Summary Judgment on Plaintiff;

WHEREAS, on April 3, 2002, the parties attended an informal telephone conference with Magistrate Judge Nelson relating to an outstanding discovery dispute. At this conference, Magistrate Judge Nelson recommended agreement to production of the materials at issue;

WHEREAS, the parties have agreed to resolve the outstanding discovery dispute without the need of a formal motion. However, the parties believe that production of these documents requires an extension of the briefing schedule relating to Defendant's pending motion for summary judgment;

APR 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the parties have agreed that an extension of the May 15, 2002, dispositive motion deadline to June 3, 2002, will allow adequate time for the exchange of briefs and filing of documents relating to Defendant's Motion for Summary Judgment;

WHEREAS, due to the time required for the production of documents and for preparing briefs related to Defendant's Motion for Summary Judgment, the Parties have agreed as follows:

1. That the parties have agreed that the dispositive motion deadline in this case be amended to June 3, 2002.

**IT IS HEREBY AGREED AND STIPULATED**:

Dated: 4/18/02

John A. Klassen, P.A. (24434X)
Neaton, Puklich & Klassen, P.L.L.P.
601 Carlson Parkway, Suite 620
Minnetonka, MN 55305

and

Margaret R. Manderfeld (#224376)
Manderfeld Law Office
2317 Minneapolis Ave
Minneapolis, MN 55406
(612) 724-3331

***Attorneys for Plaintiff Yusuf Adam***

Dated: 4/16/02

John J. McDonald, Jr. (#136815)
Bradley J. Lindeman (0298116)
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendant First Contact, Inc.***

**ORDER**

**IT IS HEREBY ORDERED** that the parties' foregoing Stipulation to Extend the Time for Filing Dispositive Motions, filed herewith, is hereby adopted as this court's order in the above-captioned cause.

Dated: April 22, 2002

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

/957657